**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Edmon Jerome BURTON,** Defendant–Appellant.

No. 12–12449

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 15, 2012.

Susan Hollis Rothstein–Youakim, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Emmett Jackson Boggs, Peggy Morris Ronca, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

W. Drew Sorrell, appointed counsel for Edmon Jerome Burton in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order

denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**